**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| PREMIER PARTNERSHIPS, INC., | ) | CASE NO. 1:20-cv-00484-SJD |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | STEPHANIE K. BOWMAN |
| FUTBOL CLUB CINCINNATI LLC, and | ) | |
| FUSSBALL CLUB CINCINNATI LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Premier Partnerships, Inc., by and through its undersigned counsel, hereby voluntarily dismisses this action in its entirety without prejudice, with each party to bear its own attorneys' fees and costs.

                                      Respectfully submitted,

                                      */s/ Steven J. Miller*
                                      STEVEN J. MILLER (0014293)
                                      DAVID A. KUNSELMAN (0073980)
                                      MILLER GOLER FAEGES LAPINE LLP
                                      1301 East 9th Street, Suite 2700
                                      Cleveland, OH 44114-1835
                                      Tel: (216) 696-3366 ◆ Fax: (216) 363-5835
                                      Miller@MGFL.law
                                      Kunselman@MGFL.law

                                      Eric M. George (CA Bar # 166403 admitted *pro hac vice*)
                                      James L. Michaels (CA Bar # 298130 admitted *pro hac vice*)
                                      BROWNE GEORGE ROSS LLP
                                      2121 Avenue of the Stars, Suite 2800
                                      Los Angeles, California 90067
                                      Telephone: (310) 274-7100
                                      Facsimile: (310) 275-5697
                                      Email:  egeorge@bgrfirm.com
                                      Email:  jmichaels@bgrfirm.com

                                      *Attorneys for Plainitff Premier Partnerships, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, a copy of the foregoing was filed electronically and served on Defendants by regular U.S. Mail at the following addresses:

>Futbol Club Cincinnati LLC
>c/o its statutory agent KMK Service Corp.
>One East Fourth Street, Suite 1400
>Cincinnati, OH 45202
>
>      -and-
>
>Fussball Club Cincinnati, LLC
>c/o its statutory agent KMK Service Corp.
>One East Fourth Street, Suite 1400
>Cincinnati, OH 45202

Parties may also access this filing through the Court's system.

  */s/ Steven J. Miller*
STEVEN J. MILLER (0014293)